UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAIL MORA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. GRANADOS et al.,<br><br>　　　　Defendants. | No. 2:23-cv-06035-SB-DFM<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. The deadline for filing objections to the Report and Recommendation passed on September 3, 2024, and no objections have been filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

Date: September 25, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge