UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAIL MORA, | No. 2:23-cv-06035-SB-DFM |
| Plaintiff, | |
| v. | JUDGMENT |
| M. GRANADOS et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the U.S. Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

This is a final judgment.

Date: September 25, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge